No. 179, Misc. INGLE v. TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. Petitioner *pro se.* *Waggoner Carr,* Attorney General of Texas, and *Howard M. Fender, Gilbert J. Pena* and *Allo B. Crow, Jr.,* Assistant Attorneys General, for respondent.

No. 247, Misc. POWELL v. GLADDEN, WARDEN. Supreme Court of Oregon. Certiorari denied. Petitioner *pro se. Robert Y. Thornton,* Attorney General of Oregon, and *C. L. Marsters,* Assistant Attorney General, for respondent.

No. 366, Misc. LLOYD v. NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. William I. Siegel* for respondent.

No. 506, Misc. ROSS ET AL. v. BANNAN, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 590, Misc. WILLIAMS v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 612, Misc. AARON v. ALABAMA. Supreme Court of Alabama. Certiorari denied. *Fred D. Gray* for petitioner. *Richmond M. Flowers,* Attorney General of Alabama, and *Leslie Hall,* Assistant Attorney General, for respondent.

No. 640, Misc. POULSON v. UTAH. Supreme Court of Utah. Certiorari denied.

No. 656, Misc. BLACK v. NEW YORK. Court of Appeals of New York. Certiorari denied.